IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL KOEHLER | : CIVIL ACTION |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : NO. 11-1950 |

## ORDER

AND NOW, this 16th day of Sept., 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.

ENTERED
SEP 16 2013
CLERK OF COURT